UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Luis S., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; Peter Berg, *Field Office Director for Enforcement and Removal Operations*; John Doe, *Local Detention Authority*; U.S. Immigration and Customs Enforcement; and U.S. Department of Homeland Security (DHS), <br><br> Respondents. | File No. 26-cv-454 (ECT/LIB) <br><br> **ORDER** |

---

The parties, having jointly filed a stipulation to the immediate release of Petitioner Luis S. [ECF No. 5], **IT IS HEREBY ORDERED THAT** this habeas action is **DISMISSED** without prejudice and the matter is **REMANDED** to U.S. Immigration and Customs Enforcement for the immediate release of Petitioner from immigration detention with no conditions of supervision.

Dated:  January 22, 2026, at 3:05 p.m.

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court