UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis S., | Case No. 26-cv-454 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; Peter Berg, *Field Office Director for Enforcement and Removal Operations*; U.S. Immigration & Customs Enforcement; U.S. Department of Homeland Security; and John Doe, *Local Detention Authority*, | |
| Respondents. | |

On January 22, 2026, at 3:05 p.m., I entered an order pursuant to the parties' stipulation, *see* ECF No. 5, dismissing Luis S.'s habeas action without prejudice and remanding the matter "to U.S. Immigration and Customs Enforcement for the immediate release of Petitioner from immigration detention with no conditions of supervision." ECF No. 7 at 1. On January 24, 2026, at 8:48 a.m., Luis filed an Emergency Motion for Contempt of Court and Enforcement of This Court's Order of Immediate Release. ECF No. 9. In the motion and an accompanying declaration, Luis explains that he remains in detention despite the parties' stipulation and the court's January 22 Order. *See* ECF Nos.

9–10. Luis seeks his immediate release "within no conditions of supervision within 60 minutes of this Court's Order," and that Respondents "file proof of such release within 120 minutes of this Court's Order." *See* ECF No. 11. In addition, Luis requests an evidentiary hearing to determine "which specific governmental officials are responsible for contempt of court." *See id*.

Based on all the files, records, and proceedings herein, it is **HEREBY ORDERED THAT**:

1. Respondents shall file a status report in this action **by no later than 1:00 p.m. on January 24, 2026**, identifying Luis's present location, the reasons for his continued detention, and the schedule for his release.

2. Absent Respondents' assurance that Luis will be released by **3:00 p.m. on January 24, 2026**, an Order to Show Cause will issue, scheduling a hearing at which Respondents' counsel and the official(s) responsible for Luis's continued detention will be ordered to attend. *See* ECF No. 7 at 1.

Dated: January 24, 2026, at 11:08 a.m.     s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court