# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis S., | Case No. 26-cv-454 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; Peter Berg, *Field Office Director for Enforcement and Removal Operations*; U.S. Immigration & Customs Enforcement; U.S. Department of Homeland Security; and John Doe, *Local Detention Authority*, | |
| Respondents. | |

On January 24, 2026, at 11:10 a.m., I entered an order directing Respondents to "file a status report in this action **by no later than 1:00 p.m. on January 24, 2026**, identifying Luis's present location, the reasons for his continued detention, and the schedule for his release." ECF No. 12. That Order further stated that "[a]bsent Respondents' assurance that Luis will be released by **3:00 p.m. on January 24, 2026**, an Order to Show Cause will issue, scheduling a hearing at which Respondents' counsel and the official(s) responsible for Luis's continued detention will be ordered to attend." *Id.* As of this writing,

Respondents have not responded to this Order. Accordingly, based on all the files, records, and proceedings herein, it is **HEREBY ORDERED THAT**:

1. Respondents shall appear for a hearing on **Monday, January 26, 2026, at 9:00 a.m.**, in Courtroom 7D of the Warren E. Burger Federal Building and U.S. Courthouse, St. Paul, Minnesota, prepared to show cause why they should not be held in contempt of court for failing to release Petitioner Luis S. pursuant to this Court's January 22, 2026 Order, ECF No. 7.

2. Respondents' counsel of record shall appear at the show cause hearing, along with the ICE official(s) responsible for Petitioner's continued detention in contravention of this Court's January 22, 2026 Order, which remanded the matter to U.S. Immigration and Customs Enforcement for Petitioner's "immediate release . . . with no conditions of supervision" pursuant to the parties' stipulation. *See* ECF No. 7. Petitioner's counsel shall also attend the show cause hearing.

3. Respondents shall identify the ICE official(s) responsible for Petitioner's continued detention no later than noon tomorrow, January 25, 2026.

Dated: January 24, 2026
        s/ Eric C. Tostrud
        Eric C. Tostrud
        United States District Court